**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

Bryan Chambers
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER: PRISONER # 809897

vs.

Larson, Shear, Mills, Harris
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

Chae Harris

Unknown 3rd Shift Officer

Medical Aministrator

**RECEIVED**

JUN 22 2026

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

1:26CV611

JUDGE COLE

MAGISTRATE JUDGE VASCURA

**COMPLAINT**

I. PARTIES TO THE ACTION:

PLAINTIFF: PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

Bryan Chambers
NAME - FULL NAME PLEASE - PRINT

5787 - OH 63
ADDRESS: STREET, CITY, STATE AND ZIP CODE
Lebanon, OH 45036

TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

1. PARTIES TO THIS PREVIOUS LAWSUIT

PLAINTIFFS:

DEFENDANTS:

2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

3. DOCKET NUMBER

4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

7. APPROXIMATE DATE OF THE DISPOSITION

PLACE OF PRESENT CONFINEMENT

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (X) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES (X) NO ( )

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

filed grievance that involved three tier steps of authority

2. WHAT WAS THE RESULT?

Denied

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

2. WHAT WAS THE RESULT?

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Correction Officer Larson
NAMES - FULL NAME PLEASE
5787 OH 63 Lebanon, OH 45036
ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. Correction officer Shear
5787 -OH 63 Lebanon 45036

3. Correction Officer Harris
5787 OH 63 Lebanon, OH 45036

4. Correction Officer Mills
5787 OH 63 Lebanon, OH 45036

5. warden Chae Harris
5787 OH 63 Lebanon, OH 45036

6. unknown 3rd shift officer the regular
5787 OH-63- Lebanon, OH 45036

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

Since July 6 2026 until this present day of May 28 2026 Correction Officers Larson, Shear, Mills, Harris and the unknown name of the 3rd shift officer have continuosly opened my cell door while I am sleeping to allow inmates to come in and assault me, I have all days documented and grievances filed on some of the incidents due to retaliatory sanctions I stopped for a while but the cruel and unsusual punishment and persistent violation of my Eigth amendment Keeps happening. It has not only been at this prison but at the following prisons as well: London, Allen, Lebanon institutions have allowed inmates to assault me in my sleep by opening the cell door. I will attach all dates with each incident, Warden Chae Harris is involved due to lack of institutional control all incidents can be seen on video with each correction officer opening cell door to allow inmates to come in while Im sleeping to assault me pictures are available

I also have requested an MRI from the multiple hits I have been taken to the left side of my head where I am have continuos pain, I have not received any medical attention with the concern with an MRI. Staff has continuosly do retaliatory sanctions against me for filing the greivance against the officers, These issues that I am experiencing at Warren Corrections is a violation of my Eigth Amendment to be free from cruel and unusual punishment and the lack of providing adequate medical for serious injuries, The dates in which grievances was filed are as follows:

September 2nd, 2025 - 6:30am - 8AM
January 19 - 2026
February 2, 2026 - 10pm - 6am
February 28, 2026 - 7AM - 8:30AM
March 5 2026 - 3rd shift 10pm 6Am
March 4t 2026 - 6:30AM - 7:30AM
March 8, 2026 - 5:00AM - 6AM
March 7 2026 - 6am - 6:38Am
February 25 2026 - 3rd shift
February 26 2026 6:30Am - 7:30AM
March 10 2026 - 5:55Am - 6:15Am

March 15 2026 2pm - 2:37pm
March 16 2026 1:30AM - 5:30AM
May 13 2026 - 6Am - 7AM
May 27 2026 - 6AM - 7:45
June 8 2026 - 6Am - 7Am
June 11 2022 6Am - 7AM

There are more days inwhich grievances wasnt filed it will show the pattern of the corrupt correction officers and the retaliation for filing the grievances against me.

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I want the Court to award me the amount of money I have requested and to have the Ohio Department of Corrections review their policy on handling inmates being subjected to cruel and unusual punishment by correction officers opening cell doors to assault sleeping inmates

SIGNED THIS 28th DAY OF May 2026

Bryan Chambers
SIGNATURE OF PLAINTIFF