**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**BRYAN CHAMBERS,**

**Plaintiff,**

**v.**

**Civil Action 1:26-cv-611**
**Judge Matthew R. Byrne**
**Magistrate Judge Chelsey M. Vascura**

**CORRECTION OFFICER LARSON,**
***et al.*,**

**Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Notice to Judge Regarding Filing Fee (ECF No. 10). Therein, Plaintiff states that, although the full filing fee for this action was paid to the Court, funds were nevertheless deducted from his trust fund account to make partial filing fee payments. Plaintiff requests some kind of documentation to be provided to the Warren Correctional Institution so those funds may be returned. (*Id.*)

Plaintiff's request (ECF No. 10) is **GRANTED**. The Court confirms that a check for $350.00, the full amount of the filing fee, was received by the Court on September 22, 2026; however, that check was returned for insufficient funds. The Court received a second check for $350.00 on October 5, 2026, which was successfully deposited on October 6, 2026. (*See* October 6, 2026 docket entry.) Plaintiff therefore had no filing fee balance as of October 6, 2026.

This matter is also before the Court on Plaintiff's Motion for the Court to issue a subpoena to the Chief Inspector at Warren Correctional Institution once all Defendants have been served. (ECF No. 11.) Plaintiff's Motion (ECF No. 11) is **DENIED**. The information

sought by the proposed subpoena—grievances and footage from various security cameras and body worn cameras related to several specified incidents—can be obtained directly from Defendants via requests for production of documents under Federal Rule of Civil Procedure 34 if Plaintiff's claims survive the initial screen of Plaintiff's Amended Complaint.

The Clerk is **DIRECTED** to enclose a copy of this case's docket sheet with this Order.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE