**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**BRYAN CHAMBERS,**

**Plaintiff,**

**v.**

**CORRECTION OFFICER ANDERSON,** ***et al.*****,**

**Defendants.**

**Civil Action 1:26-cv-611**
**Judge Matthew R. Byrne**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on Plaintiff's Motion to Reconsider Using U.S. Marshals (ECF No. 18). Therein, Plaintiff asks the Court to "reconsider the denial of the motion to utilize the U.S. Marshals to have the subpoena served and to have all Defendants served." (*Id.*) However, the Court has never denied a request by Plaintiff to effect service of process over the Defendants via U.S. Marshal. In fact, the Court recently permitted Plaintiff to proceed on certain of his claims in his Amended Complaint and ordered the U.S. Marshal to effect service of the summons and Amended Complaint if Plaintiff submitted all of the necessary documents. (*See* November 2, 2026 Order and R. & R. 6–7, ECF No. 15.) Plaintiff's request for U.S. Marshal service of the Amended Complaint is therefore moot.

Moreover, Plaintiff does not need to issue subpoenas (served by the U.S. Marshal or otherwise) to obtain the documents he seeks (grievances and footage from various security cameras and body worn cameras related to several specified incidents). Plaintiff can obtain the

requested video footage and documents by serving Defendants with requests for production of documents under Federal Rule of Civil Procedure 34 by regular mail.

Accordingly, Plaintiff's Motion to Reconsider (ECF No. 18) is **DENIED AS MOOT IN PART and DENIED IN PART**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE